HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:24-mj-00007-CDB |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER** |
|  | ) **APPOINTING COUNSEL** |
| KETTISHA THOMPSON-DOZIER, | ) |
| Defendant, | ) |

Defendant Kettisha Thompson-Dozier, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On January 2022, a Complaint was issued in the above captioned case. Ms. Thompson-Dozier had an initial appearance on the allegations in the District of Maryland on February 22, 2024, where the court appointed counsel to represent her and ordered her released on conditions. Ms. Thompson-Dozier is scheduled for an initial appearance in the Eastern District of California on the pending Complaint, counsel is needed to facilitate her appearance on Thursday, March 7, 2024.

///

///

Ms. Thompson-Dozier submits the Financial Affidavit as evidence of her inability to retain counsel. Therefore, after reviewing her Financial Affidavit it is respectfully recommended that the counsel be promptly appointed to assist in advance of Ms. Dozier's arraignment.

DATED: February 27, 2024             /s/ Eric V. Kersten
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Branch Chief, Fresno Office

## O R D E R

Having satisfied the Court that the defendant Kettisha Thompson-Dozier is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **February 28, 2024**             /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

-2-