Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant KETTISHA THOMPSON-DOZIER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) Case No. 1:24-CR-00231-NODJ-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **MODIFY CONDITIONS** |
|  | ) **OF PRETRIAL RELEASE** |
| KETTISHA THOMPSON-DOZIER, | ) |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that Ms. Thompson-Dozier's conditions of release be modified to eliminate the travel restriction limiting travel to the District of Maryland and replace it with the condition that Ms. Thompson-Dozier may not travel outside of the continental United States without prior Pretrial approval. The parties stipulate to this condition as recommended by Ms. Thompson-Dozier's supervising Pretrial Services Officer.

   All other terms and conditions of pretrial release will remain in full force and effect.

Dated: November 6, 2024                Respectfully Submitted,

                                       /s/ Serita Rios
                                       _____

                                       **Serita Rios**
                                       Attorney for Defendant


Dated: November 6, 2024                Respectfully Submitted,

                                       /s/ Joseph D. Barton
                                       _____

                                       **Joseph D. Barton**
                                       Assistant United States Attorney

### ORDER

Good cause appearing, defendant, KETTISHA THOMPSON-DOZIER's, conditions of release shall be modified that travel to Maryland, District of Columbia, and Virginia be allowed without permission from Pretrial Services. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 13, 2024**            /s/ Barbara A. McAuliffe
                                          _____
                                          UNITED STATES MAGISTRATE JUDGE