Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant KETTISHA THOMPSON DOZIER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>KETTISHA THOMPSON DOZIER.<br><br>                    Defendant. | Case No. 1:24-CR-00231-DAD-BAM<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; AND ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, KETTISHA THOMPSON DOZIER, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.

Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Serita Rios, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.

Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

Dated: September 22, 2025  Respectfully Submitted,

　　　　　　　　　　　　　　　　　　 */s/ Kettisha Thompson Dozier*
　　　　　　　　　　　　　　　　　　─────────────────────────────
　　　　　　　　　　　　　　　　　　**KETTISHA THOMPSON DOZIER**
　　　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　　　(Original Signature will be retained on file.)

Dated: September 22, 2025  Respectfully Submitted,

　　　　　　　　　　　　　　　　　　 */s/ Serita Rios*
　　　　　　　　　　　　　　　　　　─────────────────────────────
　　　　　　　　　　　　　　　　　　**SERITA RIOS**
　　　　　　　　　　　　　　　　　　Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:　**October 1, 2025**　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE